UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ALFRED FRED PITTMAN, | No. 5:13-CV-2095 EJD  (NJV) |
| Plaintiff, | ORDER VACATING WRIT FOR SETTLEMENT CONFERENCE |
| v. | |
| COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to Defense Counsel's request made at the status conference held in this case on March 17, 2015, the settlement conference scheduled in this case for March 26, 2015, at Solano State Prison, is CONTINUED to June 18, 2015, at 9:00 a.m. at Solano State Prison.

The writ of habeas corpus issued for the attendance of Plaintiff at the March 16, 2015 settlement conference HEREBY VACATED.  A new writ will issue for Plaintiff's attendance at the settlement conference on June 18, 2015.

IT IS SO ORDERED.

Dated: March 18, 2015

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ALFRED FRED PITTMAN, | No. 5:13-CV-2095 EJD (NJV) |
|     Plaintiff, | |
|     v. | CERTIFICATE OF SERVICE |
| COUNTY OF SAN FRANCISCO, et al., | |
|     Defendants. | |

I, the undersigned, hereby certify that on March 18, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Alfred Fred Pittman
AG-8115
California State Prison-Solano
2100 Peabody Road
P.O. Box 4000
Vacaville, CA 95696-4000

Prison Litigation Coordinator
California State Prison, Solano
P.O. Box 4000
Vacaville, CA   95696-4000

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2