UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ALFRED FRED PITTMAN, | No. 5:13-CV-2095 EJD (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of ALFRED FRED PITTMAN, inmate no. AG-8115, presently in custody at Solano State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: May 7, 2015

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Warden, Solano State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of ALFRED FRED PITTMAN, inmate no. AG-8115, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison at 9:00 a.m. on June 18, 2015, in order that said prisoner may then and there

participate in the SETTLEMENT CONFERENCE in the matter of PITTMAN v. COUNTY OF SAN FRANCISCO, et al., and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated:  May 7, 2015

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated:  May 7, 2015


NANDOR J. VADAS
United States Magistrate Judge



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ALFRED FRED PITTMAN,                 No. 5:13-CV-2095 EJD (NJV)

    Plaintiff,

  v.                                       CERTIFICATE OF SERVICE

COUNTY OF SAN FRANCISCO, et al.,

    Defendant.
_____/

I, the undersigned, hereby certify that on May 7, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Alfred Fred Pittman
AG-8115
California State Prison-Solano
2100 Peabody Road
P.O. Box 4000
Vacaville, CA 95696-4000

Litigation Coordinator
Solano State Prison
P.O. Box 4000
Vacaville, CA 95696-4000

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3