UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFRED FRED PITTMAN,

    Plaintiff,

  v.

MICHAEL HENNESSEY, et al.,

    Defendants.

Case No.  13-cv-02095-EJD   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on June 18, 2015 at Solano State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X )  Plaintiff

    (  )  Warden or warden's representative

    (  )  Office of the California Attorney General

    ( X )  Other: James F. Hannawalt.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (  )  The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    (  )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1  ( X ) The parties are unable to reach an agreement at this time.  The parties will confer
2  by phone and report back to the court within two weeks of the settlement conference date.
3  **IT IS SO ORDERED.**
4  Dated: 7/7/15

_____
NANDOR J. VADAS
United States Magistrate Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFRED FRED PITTMAN,

    Plaintiff,

v.

MICHAEL HENNESSEY, et al.,

    Defendants.

Case No. 13-cv-02095-EJD   (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 7, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfred Fred Pittman ID: AG-8115
California State Prison-Solano
2100 Peabody Road
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: July 7, 2015

Richard W. Wieking
Clerk, United States District Court

By: G_____ K_____, Deputy Clerk to the
Honorable NANDOR J. VADAS

3