UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ALFRED FRED PITTMAN,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants.<br>_____/ | No. 5:13-CV-2095 EJD (NJV)<br><br>ORDER SETTING STATUS CONFERENCE |

This matter is HEREBY SET for a telephonic status conference on August 11, 2015, at 1:00 p.m. The parties shall dial 888-684-8852 and enter access code 1868782. At the status conference, the parties shall report on the outcome of their phone meeting regarding settlement.

IT IS SO ORDERED.

Dated: July 28, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ALFRED FRED PITTMAN,                           No.  5:13-CV-2095 EJD  (NJV)

       Plaintiff,

  v.                                            CERTIFICATE OF SERVICE

COUNTY OF SAN FRANCISCO,
et al.,

       Defendants.
_____/

I, the undersigned, hereby certify that on July 28, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Alfred Fred Pittman
AG-8115
California State Prison-Solano
2100 Peabody Road
P.O. Box 4000
Vacaville, CA 95696-4000

Prison Litigation Coordinator
California State Prison, Solano
P.O. Box 4000
Vacaville, CA   95696-4000

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas