**FILED**

AUG 0 8 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFRED FRED PITTMAN,

Plaintiff,

v.

COUNTY OF SAN FRANCISCO, et al.,

Defendants.

No. C 13-02095 EJD (PR)

**ORDER ADDRESSING PENDING MOTIONS**

(Docket Nos. 67, 68, 71, 76 & 77)

Plaintiff, a California inmate, filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983 against San Francisco County Sheriff officials for use of excessive force. (Docket Nos. 1 and 2.) Defendants filed a motion for summary judgment. (Docket No. 59.) On June 22, 2016, the Court granted Plaintiff's motion for a court order to view a DVD-R containing a video of the November 30, 2010 altercation which is the underlying incident giving rise to this action. (Docket No. 69.) Before receiving a copy of that court order, Plaintiff filed repetitive motions which are DENIED as moot. (Docket No. 67, 68 & 71.) Plaintiff filed an opposition, (Docket No. 70), and Defendants filed a reply, (Docket No. 74). Accordingly, Defendants' motion is deemed submitted and will be decided in a separate order.

Plaintiff has filed a renewed motion for appointment of counsel based on "new

United States District Court
Northern District of California

1    evidence." (Docket No. 76.) The Court notes that Plaintiff filed an opposition to

2    Defendants' motion for summary judgment on June 28, 2016, without the assistance of

3    counsel. It appears that he did so with the aid of another inmate, who has filed a

4    declaration stating that he has been assisting Plaintiff in filing various motions as well as

5    the opposition. (Docket No. 78.) Despite his alleged mental health issues, it is clear that

6    Plaintiff is able to litigate this action adequately in pro se with the voluntary assistance of

7    this inmate. Accordingly, Plaintiff's renewed motion for appointment of counsel is

8    **DENIED** for lack of exceptional circumstances. See Rand v. Rowland, 113 F.3d 1520,

9    1525 (9th Cir. 1997); Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wilborn v.

10   Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986).

11       On July 14, 2016, the Litigation Coordinator filed a declaration stating that the

12   prison has complied with the court order to provide Plaintiff an opportunity to view a

13   DVD-R of the underlying incident; Plaintiff viewed the DVD-R on July 7th and 8th, 2016.

14   (Docket No. 75-1.) The declaration includes a signed statement by Plaintiff, confirming

15   the viewings. (Id.) Plaintiff has filed a motion for a second court order to view a "second

16   DVD" because he claims the one he viewed on July 8, 2016 was "blurry" and "depicted

17   someone else, other than Plaintiff." (Docket No. 77 at 1.) Plaintiff also asserts that he was

18   shown the wrong time frame, and that the view does not show the hallway leading to the

19   elevator or the elevator itself, where the alleged incident took place. (Id. at 2.) Be that as

20   it may, the Court notes that Defendants' motion for summary judgment is based first on

21   Plaintiff's failure to exhaust administrative remedies, which, if granted, would render a

22   second viewing of the DVD-R moot. (Docket No. 59.) Accordingly, the Court will first

23   consider the merits of the motion based on exhaustion before ordering a second viewing.

24   Plaintiff's motion for a second court order is DENIED without prejudice.

25   ///

26   Order Addressing Pending Motions
27   P:\PRO-SE\EJD\CR.13\02095Pittman_motions.docxmotions

28

1    This order terminates Docket Nos. 67, 68, 71, 76, and 77.

2    **IT IS SO ORDERED.**

3

4    Dated:    _8/8/16_                        _____

5                                             EDWARD J. DAVILA
                                             United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   Order Addressing Pending Motions
     P:\PRO-SE\EJD\CR.13\02095Pittman_motions.docxmotions
27                                          3

28

United States District Court
Northern District of California