UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ALFRED FRED PITTMAN, | No. 13-CV-02095 EJD (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of ALFRED FRED PITTMAN, inmate no. AG-8115, presently in custody at California State Prison, Solano, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: February 1, 2017

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden, California State Prison, Solano

GREETINGS

WE COMMAND that you have and produce the body of ALFRED FRED PITTMAN, inmate no. AG-8115, in your custody in the hereinabove-mentioned institution, before the United States District Court at 450 Golden Gate Avenue, San Francisco, Courtroom D, at 1:00 p.m., on March 24, 2017, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the

matter of Pitttman v. County of San Francisco, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: February 1, 2017

                                            SUSAN Y. SONG
                                            CLERK, UNITED STATES DISTRICT COURT

                                            By: Linn Van Meter
                                                 Administrative Law Clerk

Dated: February 1, 2017



_____
NANDOR J. VADAS
United States Magistrate Judge