# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ALFRED FRED PITTMAN,

    Plaintiff,

    v.

MCCONNELL,

    Defendant.

Case No. 13-cv-02095-EJD (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on March 24, 2017, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Alfred Pittman, Pro Se.

    ( ) Warden or warden's representative

    ( ) Office of the California Attorney General

    ( X ) Other: Newton Oldfather and Mark Nicco.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X ) The case has been completely settled.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

    ( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 4/12/2017



_____
NANDOR J. VADAS
United States Magistrate Judge

1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 ALFRED FRED PITTMAN,

Case No. 13-cv-02095-EJD (NJV)

Plaintiff,

8
9 v.

**CERTIFICATE OF SERVICE**

10 MCCONNELL,

Defendant.

11
12     I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
13 District Court, Northern District of California.
14     That on April 12, 2017, I SERVED a true and correct copy(ies) of the attached, by placing
15 said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
16 depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
17 receptacle located in the Clerk's office.
18
19 Alfred Fred Pittman ID: AG-8115
California State Prison-Solano
20 2100 Peabody Road
P.O. Box 4000
21 Vacaville, CA 95696-4000
22
23 Dated: April 12, 2017
24
25     Susan Y. Soong
    Clerk, United States District Court
26     By:_ /s/ Gloria Knudson
27     Gloria Knudson, Deputy Clerk to the
    Honorable NANDOR J. VADAS
28